IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                                                                    ORDER

             Plaintiff,

                                                 06-cv-00743-bbc

      v.

STEVEN SCHUELER, Security Supervisor, Capt.;
CURT JANSSEN, Security Supervisor, Capt.;
CAPT. GEMPELER, Security Supervisor;
OFFICER WAYNE BAUER, Lieutenant;
GARY ANKARLO, Ph.D., PSUS;
SGT. JORDAN PREIST; SGT. JEFF MEYER;
SGT. ROBERT GUTJAHR; SGT. EMIL TONY;
SGT. BEN HILBERT; OFFICER PLYER KMIECIK;
OFFICER JOHN NICKEL; MARY ANN GORSKE;
TIMOTHY PRICE; JOSHUA FLETCHER; SCOTT
ROSS; JASON ROSENTHAL; CO KEYS; CO PONTOW;
BRETT MIERZEWJESKI and JEFF ROLINS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The order entered herein on December 26, 2007, is AMENDED to allow plaintiff until January 23, 2008, in which to pay initial partial payments in the amount of $4.60 in each of case nos. 07-cv-00723-bbc, 07-cv-00724-bbc and 07-cv-00725-bbc. If, by January 23, 2008, plaintiff fails to pay the initial partial payments necessary to proceed with

1

case nos. 07-cv-00723-bbc, 07-cv-00724-bbc and 07-cv-00725-bbc, these severed actions will be dismissed without prejudice for plaintiff's failure to prosecute them. If, by January 23, 2008, plaintiff pays the required initial partial payments, the stays will lift automatically and status conferences will be scheduled promptly before Magistrate Judge Stephen Crocker in each case to set new trial dates and adjust other deadlines as necessary.

Entered this 31st day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge