# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LUIS VASQUEZ,

       Plaintiff,

    v.

STEVEN SCHUELER, Security Supervisor, Capt.;
CURT JANSSEN, Security Supervisor, Capt.;
CAPT. GEMPELER, Security Supervisor;
OFFICER WAYNE BAUER, Lieutenant;
GARY ANKARLO, Ph.D., PSUS;
SGT. JORDAN PREIST; SGT. JEFF MEYER;
SGT. ROBERT GUTJAHR; SGT. EMIL TONY;
SGT. BEN HILBERT; OFFICER PLYER KMIECIK;
OFFICER JOHN NICKEL; MARY ANN GORSKE;
TIMOTHY PRICE; JOSHUA FLETCHER; SCOTT
ROSS; JASON ROSENTHAL; CO KEYS; CO
PONTOW; BRETT MIERZEWJESKI and
JEFF ROLINS,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 06-cv-743-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

      Plaintiff Luiz Vasquez's complaint is dismissed without prejudice as to his claim against defendant Ankaro for plaintiff's failure to exhaust his administrative remedies.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____5/22/08_____
Date