IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                                                          ORDER

               Plaintiff,

                                                  06-cv-743-bbc

     v.

STEVEN SCHUELER, Security Supervisor, Capt.;
CURT JANSSEN, Security Supervisor, Capt.;
CAPT. GEMPELER, Security Supervisor;
OFFICER WAYNE BAUER, Lieutenant;
GARY ANKARLO, Ph.D., PSUS;
SGT. JORDAN PREIST; SGT. JEFF MEYER;
SGT. ROBERT GUTJAHR; SGT. EMIL TONY;
SGT. BEN HILBERT; OFFICER PLYER KMIECIK;
OFFICER JOHN NICKEL; MARY ANN GORSKE;
TIMOTHY PRICE; JOSHUA FLETCHER; SCOTT
ROSS; JASON ROSENTHAL; CO KEYS; CO PONTOW;
BRETT MIERZEWJESKI and JEFF ROLINS,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 1, 2008, Magistrate Judge Stephen Crocker entered a pretrial conference order establishing the schedule for moving this case to resolution. The dispositive motions deadline was June 6, 2008. Defendants filed a timely motion for summary judgment, to which plaintiff filed a response on July 7, 2008. The next day, plaintiff moved for

1

permission to file an "amended or supplemental response" to defendants' motion for summary judgment. Plaintiff explained that he wanted an opportunity to resubmit his opposition materials because the distractions caused by the prosecution of the other lawsuits caused him to file a response with which he was unsatisfied. Finding this reasoning unpersuasive, I denied plaintiff's motion on July 10, 2008. Now, in an apparent attempt to make an end run around that ruling, plaintiff has filed his own motion for summary judgment, together with a new set of proposed findings of fact and evidentiary materials. Because this motion has been filed more than a month after the dispositive motions deadline, and because plaintiff has had an adequate opportunity to explain his version of the facts in response to defendants' motion, plaintiff's motion for summary judgment will be denied.

ORDER

IT IS ORDERED that plaintiff Luis Vasquez's motion for summary judgment, Dkt. # 72, is DENIED as untimely.

Entered this 28th day of July, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge

2