IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS VASQUEZ,

                                                               ORDER

           Plaintiff,

                                                       06-cv-743-bbc

     v.

DEBRA GEMPELER, WAYNE BAUER,
JEFF MEYER; SCOTT ROSS,
JASON ROSENTHAL, JOSEPH KEYS,
BILLY PONTOW, BRETT MIERZEWJESKI
and JEFFREY ROLLINS,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Because of court congestion, the trial of this case had to be continued from its previously set date of November 3, 2008. Plaintiff and counsel for defendants agreed that the trial could be moved to December 29, 2008.

Jury selection will take place on December 29, 2008 at 9:00 a.m. A final pretrial conference will be held at 8:30 a.m. on the same day. It is not necessary for plaintiff or defendants to file any additional materials; all necessary materials were filed in advance of the November 3, 2008 trial date. However, if either party wishes to file additional materials,

1

they should do so before December 24, 2008.

Entered this 4th day of November, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2