IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS VASQUEZ,

    Plaintiff,

v.

DEBRA GEMPELER, WAYNE BAUER,
JEFF MEYER, SCOTT ROSS,
JASON ROSENTHAL, JOSEPH KEYS,
BILLY PONTOW, BRETT MIERZEWJESKI,
JEFFREY ROLLINS, and GARY ANKARLO,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-743-bbc

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case against all defendants.

Approved as to form this 31st day of December, 2008.

_____
Barbara B. Crabb, District Judge


_____    1/02/09
Peter Oppeneer, Clerk of Court        Date